THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Deral Lamont
 Stanley, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

Appeal From Horry County
 J. Michael Baxley, Post-Conviction Relief
 Judge
Edward B. Cottingham, Trial Judge
Memorandum Opinion No.  2009-MO-063
Submitted December 2, 2009  Filed
 December 7, 2009  
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense, of
 Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General
 Christina J. Catoe, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful review of the Appendix and
 Briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.

TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.